In re the Marriage of Lynne
C. ORGEL, Appellant,

v.

Stuart M. ORGEL, Respondent.

Stuart M. ORGEL, Cross–Appellant,

v.

Lynne C. ORGEL, Respondent.

Nos. 63890, 63889.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 2, 1994.

Allan H. Zerman, Cary J. Mogerman, Clayton, for appellant.

Susan M. Hais, James P. Carmody, Clayton, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

## ORDER

PER CURIAM.

In this dissolution of marriage case, wife appeals, and husband cross-appeals, from the judgment entered April 15, 1993. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).